# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1899
LT Case Nos. 2022-DP-000058
2023-DP-000104

_____

A.W., MOTHER OF A.W. and
A.W., Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Angela M. Cox, Judge.

Natalie S.H. Kelley, of Law Office of Natalie S. Hall Kelley, Saint Augustine, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Tallahassee, and Rachel Batten, of Children's Legal Services, Department of Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Jamie Michelle Generazzo, Senior Attorney, Appellate Division, of Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.

September 29, 2025

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____